IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JARELL D. TERRY                                                                                       PLAINTIFF
ADC #149998

v.                                      No: 4:21-cv-00207-LPR-PSH

GREGORY RECHCIGL, *et al.*                                                               DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. 41), and the objections filed thereto. After a careful and *de novo* review of the Partial Recommendation, the objections, and the record, the Court concludes that the Partial Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the Medical Defendants' motion for summary judgment (Doc. No. 31) is granted and Terry's claims against defendants Rechcigl, Bennett, and Moody are dismissed with prejudice for failure to exhaust available administrative remedies.[1] The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Order would not be taken in good faith.

---

[1] While the Court substantively agrees with all of the Partial Recommendation, the Court believes that, at the summary-judgment stage, the appropriate disposition for failure to exhaust is dismissal with prejudice.

DATED this 23rd day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE