IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JARELL D. TERRY**                                                                                      **PLAINTIFF**
**ADC #149998**

v.                                    Case No. 4:21-CV-00207-LPR

**RORY GRIFFIN, Deputy Director for**
**Health and Correctional Services, ADC-Wellpath**                          **DEFENDANT**

## ORDER

On March 17, 2021, Jarell D. Terry, an inmate in the Arkansas Division of Correction's East Arkansas Regional Unit, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] On September 14, 2022, Mr. Terry moved to dismiss this case, stating that he no longer wishes to pursue his claims.[2] His Motion to Dismiss is GRANTED and his Complaint is DISMISSED without prejudice.[3] The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 6th day of October 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 2.

[2] Doc. 46.

[3] *See* Fed. R. Civ. P. 41(a).