# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JARELL D. TERRY**  **PLAINTIFF**
**ADC #149998**

v.  Case No. 4:21-CV-00207-LPR

**RORY GRIFFIN, Deputy Director for**
**Health and Correctional Services, ADC-Wellpath**  **DEFENDANT**

## JUDGMENT

Pursuant to the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Judgment or the associated Order would be frivolous and not in good faith.

IT IS SO ADJUDGED this 6th day of October 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE